#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
#### NORTHERN DIVISION

**CLARA DENOIS FRAZIER-BARNES**  **PLAINTIFF**

**V.**  **CAUSE NO. 3:20-CV-158-CWR-FKB**

**DENIS MCDONOUGH**,  **DEFENDANT**
Secretary, Department of Veterans Affairs

#### FINAL JUDGMENT

For the reasons stated in the June 29, 2022 *Order*, *see* Docket No. 42, judgment is hereby entered for defendant Robert Wilkie, Secretary, Department of Veterans Affairs, against plaintiff Clara Denois Frazier-Barnes.

**SO ORDERED**, this the 29th day of June, 2022.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE